Submitted September 22, 2020, affirmed January 27, petition for review denied May 6, 2021 (368 Or 138)

In the Matter of R. N.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

J. A. N. H.,
aka J. A. H., aka J. A. N.,
*Appellant.*

Deschutes County Circuit Court
19JU08741; A173838

479 P3d 620

Bethany P. Flint, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Shannon Flowers, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. K. W.*, 307 Or App 17, 476 P3d 107 (2020).